IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60631
Summary Calendar
_____


SHASHANK DENGLE,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

- - - - - - - - - - -

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A27 897 852

- - - - - - - - - - -
July 24, 1997
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

     Shashank Dengle petitions for review of the Board of
Immigration Appeals decision affirming the denial of asylum and
withholding of deportation.  We have reviewed the record and the
briefs and find that the Board's decision is supported by
substantial evidence.  <u>Carbajal-Gonzalez v. INS</u>, 78 F.3d 194 (5th
Cir. 1996).  The petition for review is DENIED.

---

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.